# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER 19MJ2045 |
| --- | --- |
| PLAINTIFF(S) | DR-19-CR-01169(08)-AM |
| v. | |
| Wendy Barajas | |
| DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **Indictment**
in the **Western** District of **Texas** on **May 8, 2019**
at **12:01** ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about **04/01/2015 to 05/08/2019**
in violation of Title **21** U.S.C., Section(s) **802(32)(A), 813, 841, and 846**
to wit: **Conspiracy to Possess W/ Intent to Distribute Controlled Substance Analogues**

A warrant for defendant's arrest was issued by: **Hon. Victor Garcia, Magistrate, Western District of Texas**

Bond of $ **N/A** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence **5/15/19**, by _____, Deputy Clerk.

_____ / **Justin Giddings**
Signature of Agent / Print Name of Agent

**Drug Enforcement Administration** / **Special Agent**
Agency / Title

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT